Fernando BLANCO, Luis A. Acevedo Sosa, Guillermo Acevedo, Carlos Algarin, Primo Alonso, Ivette M. Alvarado Sojo, Tomas Arana, Jacqueline Arce Santiago, Edwin F. Ayala Diaz, Sharon Baird, Arturo Berdecia, Orlando Bermudez, Angel Bruno, Juan R. Canales, Cristobal Cardona, Hector Cardona, Jaime Carrasquillo, Marilyn Castro, Efrain Colon Morciglio, Francisco Colon, Jose Cordero, Alfredo Cortes Martinez, Jose Cosme, Jose Crespo, Jr., Yvette Chabrier, Juan A. De Jesus, Ray De Leon Rios, Edgardo Dedos, Antonio Delgado, Milagros Delgado, Orlando Delgado, Maria T. Diaz Montalvo, Stephen J. Dixon, Juan A. Donis, Jose Echevarria, Eduardo Figueroa Talavera, Ibraim Figueroa, Jose A. Garcia Lugo, Melissa Garcia, Mercedes Garcia Ayala, Oswaldo Garcia, Gabriel Gayle Clemente, Pedro Guilloti, Wallys M. Garcia Padilla, Diana M. Gutierrez Acosta, Findel Hernandez, Mark A. Hernandez, Nelson J. Hernandez, Jose Luis Irizarry, Richard W. Johnson, Jose A. Kerkado, George D. Kiowski, Natalia M. Laborde Martinez, Jose M. Layz, Shari A. Lenway, Antonio Lopez, Jesus M. Maisonet, Julio E. Maldonado, James Martin, Adalberto Martinez, Jose Massanet, Mariano R. Meaux, Evelyn Mendez, Concepcion Molina, Jose A. Molina, Orlando Molina, Sally O. Negroni Berrios, Hipolito Nieves, Israel Nunez Rios, Laureano Ocasio, Miguel Olivencia, Jose I. Ortiz, Josue Ortiz Aviles, Ricardo Ortiz, Jose A. Padilla, Roberto Pares, Wilfredo Pedrosa, William Pena, Aixa M. Perez, Anna Veronica Perez, Edwin Pitre, Harry Quinones Marcano, Gerardo Ramirez, Rafael Ramirez Molina, Lizzette Ramos Leon, Jaime Rios, Carlos M. Rivera, Jr., Juanita Rivera, Luis R. Rivera, Reinaldo Rivera, Sergio Rivera Acevedo, Jose A. Rivera Velez, Edwin A. Rodriguez, Harry Rodriguez, Luis Omar Rodriguez, Lyssette Rodriguez, Maria A. Rodriguez, Martin Rodriguez, Mayra Rodriguez, Ramon Rodriguez, Ramon E. Rodriguez, Jose L. Romero, Alfredo Rosa, Bernabe Rosa, Jose R. Rosa, Rolando A. Rosa, Jutta Rose, Ramon L. Salazar, Benito Sanchez Vargas, Alexander Santiago, Wanda I. Santos, Sandra H. Serrano, Tommy Serrano, Penelope Siemon, Edith Stuart Ruiz, Luis A. Teissonnier, Jose O. Tomas Rodriguez, Migdalia Toro, Carlos J. Torres Diaz, Amilcar

Vazquez, Roberto Vega, William A. Vega Diaz, Ivan Velez, Lizbeth Vergara, Miguel A. Vidro, and Luis A. Viera, Plaintiffs–Appellants,

v.

UNITED STATES and Kay Coles James, Director, Office of Personnel Management, Defendants–Appellees.

No. 02–1470.

United States Court of Appeals, Federal Circuit.

Oct. 2, 2003.

Before NEWMAN, MICHEL, and DYK, Circuit Judges.

DYK, Circuit Judge.

ORDER

The parties jointly respond to our order directing them to file a status report concerning how these appeals should proceed in view of this court's decisions in *O'Connor v. United States*, 308 F.3d 1233 (Fed. Cir.2002) and *Mudge v. United States*, 308 F.3d 1220 (Fed.Cir.2002).

The court previously granted the motion of Fernando Blanco et al. to stay the briefing schedule in this appeal pending disposition of *O'Connor* and *Mudge*. This appeal, like those two cases, involves the issue whether Congress established a judicial remedy for certain federal employment grievances subject to negotiated grievance procedures contained in a collective bargaining agreement. In *O'Connor* and *Mudge*, we held that Congress had created a judicial remedy. In the present case, the United States District Court for the District of Puerto Rico held there was no such cause of action and dismissed the complaint for lack of jurisdiction. Because the parties agree that *O'Connor* and *Mudge* control the disposition of this appeal, it appears that the proper course is to vacate the district court's judgment in this case and remand for further proceedings.

Accordingly,

IT IS ORDERED THAT:

The district court's judgment is vacated and the case is remanded for further proceedings.